IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS BALDWIN,

    Petitioner,

v.                                                                   4:18cv429–WS/CAS

MARK S. INCH, Secretary,
Florida Department of Corrections,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 15) docketed September 18, 2019. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus (ECF No. 1) be dismissed without prejudice for failure to exhaust administrative remedies. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 15) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED without prejudice.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is dismissed without prejudice."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

6. The clerk shall close the case.

DONE AND ORDERED this   17th   day of    October   , 2019.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE